JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 10512**

-------------------------------------------------------------

GALBRAITH & PAUL, INC. ,                                 :

                  **Plaintiff,**                     :

    v.                                                   :

RUBY TUESDAY, INC.,                                      :

Civil Action No.

                  **Defendant.**                 :

-----------------------------------------------------------X

### PLAINTIFF'S STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule

1.9] and to enable District Judges and Magistrate Judges of the court to evaluate

possible disqualification or recusal, the undersigned attorney of record for **Plaintiff**

**GALBRAITH & PAUL, INC.** (a non-governmental entity) certifies that the following are

corporate parents, subsidiaries or affiliates of that party, which are publicly held.

       **NONE**

                          GOTTLIEB, RACKMAN & REISMAN
                          Attorneys for Plaintiff
                          270 Madison Avenue, 8th Floor
                          New York, New York 10016
                          (212) 684-3900

                          George Gottlieb (GG 5761)
                          Marc P. Misthal (MM 6636)

Dated:      New York, New York
              November 20, 2007