UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

GALBRAITH & PAUL, INC.,

    Plaintiff,

vs.

RUBY TUESDAY, INC.,

    Defendant.

CIVIL ACTION NO.: 07 CV 10512

### AFFIDAVIT OF SERVICE

STATE OF TENNESSEE, COUNTY OF SEVIER, to wit:

I HEREBY CERTIFY that on the 27th day of November, 2007, before me, the Subscriber, a Notary Public of the State and County aforesaid, personally appeared Joyce Mercer who made an oath in due form of law as follows:

1. That on November 27, 2007, at 3:27pm, I served a Summons and Complaint on Ruby Tuesday, Inc. located at 150 West Church Avenue, Maryville, TN 37801. Melanie Wallace, from the legal department, accepted the Summons and Complaint on behalf of Ruby Tuesday, Inc.

_____
Joyce Mercer, Process Server, # 54

Subscribed and sworn to before me the date first above written.

_____
Thomas Mercer
Notary Public
My Commission expires: 9/21/11