AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

**APPEARANCE**

Case Number: 07 - Civ. 10512 (PKC)

Electronically Filed

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ruby Tuesday, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/13/07 | *(signature)* |
| Date | Signature |
| | Robert Alpert [RA 7138] |
| | Print Name / Bar Number |
| | c/o Ladas & Parry LLP, 26 West 61st Street |
| | Address |
| | NEW YORK / NY / 10023 |
| | City / State / Zip Code |
| | (212) 708-1860 / (212) 246-8959 |
| | Phone Number / Fax Number |