UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Galbraith & Paul, Inc.<br><br>-v-<br><br>Ruby Tuesday, Inc. | Plaintiff,<br><br><br><br><br>Defendant. |

Case No. 07-Civ.10512(PKC)

**Rule 7.1 Statement**

Electronically Filed

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Ruby Tuesday, Inc.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1. FMR Corp.
2. Fidelity Management & Research Company
3. Fidelity Low Priced Stock Fund

Date: 12/13/07

Signature of Attorney

Attorney Bar Code: [RA 7138]

Form Rule7_1.pdf  SDNY Web 10/2007