AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07 - Civ. 10512 (PKC)

Electronically Filed

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ruby Tuesday, Inc.

I certify that I am admitted to practice in this court.

| 12/13/2007 | *[signature]* |
|---|---|
| Date | Signature |

| Ralph H. Cathcart | [RC 2350] |
|---|---|
| Print Name | Bar Number |

c/o Ladas & Parry LLP, 26 West 61st Street
Address

| NEW YORK | NY | 10023 |
|---|---|---|
| City | State | Zip Code |

| (212) 708-1920 | (212) 246-8959 |
|---|---|
| Phone Number | Fax Number |