**MEMO ENDORSED**

LADAS & PARRY LLP
Attorneys for Defendant
 Ruby Tuesday, Inc.
Robert Alpert [RA 7138]
Ralph H. Cathcart [RC 2350]
26 West 61st Street
New York, NY 10023
(212) 708-1860

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

GALBRAITH & PAUL, INC.,

   Plaintiff,

v.                                          07 Civ. 10512 (PKC) (AJP)

RUBY TUESDAY, INC.,                         STIPULATION AND ORDER

   Defendant.
------------------------------------------------X

IT IS HEREBY STIPULATED by and between the undersigned counsel for plaintiff Galbraith & Paul, Inc. and defendant Ruby Tuesday, Inc. that the deadline for Ruby Tuesday, Inc. to answer or move with respect to the Complaint shall be extended from December 17, 2007 up to and including January 4, 2008.

Respectfully submitted,

Dated: December 11, 2007

LADAS & PARRY LLP
Attorneys for Defendant
Ruby Tuesday, Inc.

By: _____
Robert Alpert [RA 7138]
Ralph H. Cathcart [RC 2350]
26 West 61st Street
New York, NY 10023
(212) 708-1860

Dated: 12/12/2007

GOTTLIEB, RACKMAN & REISMAN
Attorneys for Plaintiff
Galbraith & Paul, Inc.

By: *[signature]*
George Gottlieb [GG 5761]
Marc P. Misthal [MM 6636]
270 Madison Avenue, 8th Floor
New York, NY 10016-0601
(212) 684-3900

IT IS SO ORDERED:

Dated: New York, N.Y.
12-14, 2007

*[signature]*
United States District Judge

-2-