AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 07 - Civ. 10512 (PKC)

Electronically Filed

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ruby Tuesday, Inc.

I certify that I am admitted to practice in this court.

| 1/18/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Joseph J. Villapol | [JV 3754] |
| | Print Name | Bar Number |
| | c/o Ladas & Parry LLP, 26 West 61st Street | |
| | Address | |
| | New York / NY | 10023 |
| | City / State | Zip Code |
| | (212) 708-1865 | (212) 246-8959 |
| | Phone Number | Fax Number |