```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GALBRAITH & PAUL, INC.,                      :

                            Plaintiff,       :          Civil Action No.  07-10512 (PKC)

            v.                               :

RUBY TUESDAY, INC.,                          :          ECF Case

                            Defendant.       :
-------------------------------------------------------X

## STIPULATION AND ORDER

     IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the attorneys for the parties herein that Plaintiff may file the amended complaint annexed hereto by or on January 25, 2008. By so stipulating, defendant Ruby Tuesday, Inc. does not waive or limit its right to seek a transfer.

_____
George Gottlieb (GG-5761)
Marc P. Misthal (MM-6636)
GOTTLIEB, RACKMAN & REISMAN, P.C.
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900
Attorneys for Plaintiff

_____
Robert Alpert (RA 7138)
Ralph H. Cathcart (RHC 2350)
Joseph J. Villapol (JV 3754)
LADAS & PARRY LLP
26 West 61st Street
New York, NY 10023
(212) 708-1800
Attorneys for Defendant
Ruby Tuesday, Inc.

*By not moving to transfer at this juncture, defendant does not waive its 1404(a) argument.*

SO ORDERED:

_____
The Honorable P. Kevin Castel
United States District Judge

1-23-08