AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Galbraith & Paul, Inc.,

        Plaintiff,

V.

Ruby Tuesday, Inc., Johnson Architecture, Inc., Calloway's, Inc., and Jovin, Inc.,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-10512 (PKC)

TO: (Name and address of Defendant)

    Calloway's, Inc.
    5714 Kingston Pike
    Knoxville, Tennessee 37919-6363

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    George Gottlieb, Esq.
    Gottlieb, Rackman & Reisman, P.C.
    270 Madison Avenue, 8th Floor
    New York, NY 10016

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON            JAN 2 5 2008

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2-1-08 |
| NAME OF SERVER (PRINT) TOM MERCER | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: AT Place of Business AT 5714 Kingston Pike. Knox, TN. 37919. Rod Ledbetter Accepted papers

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-1-08
Date

Signature of Server   Tom Mercer #16
TOM MERCER

Address of Server   372 Pioneer Ridge Way
Seymour, TN. 37865

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.