LADAS & PARRY LLP
Attorneys for Defendant
  Ruby Tuesday, Inc.
Robert Alpert [RA 7138]
Ralph H. Cathcart [RC 2350]
26 West 61st Street
New York, NY 10023
(212) 708-1860

~~COURTESY COPY~~

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GALBRAITH & PAUL, INC.,

        Plaintiff,

v.

RUBY TUESDAY, INC., JOHNSON
ARCHITECTURE, INC., CALLOWAY'S
INC. and JOVIN, INC.,

        Defendants.

-----------------------------------------------------------X

07 Civ. 10512 (PKC) (AJP)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel for plaintiff Galbraith & Paul, Inc. and defendant Ruby Tuesday, Inc. that the deadline for Ruby Tuesday, Inc. to answer or move with respect to the Amended Complaint shall be extended from February 15, 2008 up to and including March 3, 2008.

Respectfully submitted,

LADAS & PARRY LLP
Attorneys for Defendant
Ruby Tuesday, Inc.

Dated: February 15, 2008

By: _____
Robert Alpert [RA 7138]
Joseph J. Villapol [JV 3754]
Ralph H. Cathcart [RC 2350]
26 West 61st Street
New York, NY 10023
(212) 708-1860

Dated:   February 15, 2008

GOTTLIEB, RACKMAN & REISMAN
Attorneys for Plaintiff
Galbraith & Paul, Inc.

By: _____
George Gottlieb [GG 5761]
Marc P. Misthal [MM 6636]
270 Madison Avenue, 8th Floor
New York, NY 10016-0601
(212) 684-3900

IT IS SO ORDERED:

Dated: New York, N.Y.
       2-15-08, 2008

_____
United States District Judge

- 2 -