AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Galbraith & Paul, Inc.,

        Plaintiff,          **SUMMONS IN A CIVIL ACTION**

V.

Ruby Tuesday, Inc., Johnson
Architecture, Inc., Calloway's, Inc.,     CASE NUMBER: 07-10512 (PKC)
and Jovin, Inc.,

        Defendants.

TO: (Name and address of Defendant)

Johnson Architecture, Inc.
10133 Sherrill Boulevard, Suite 100
Knoxville, TN 37932

Johnson Architecture, Inc.
Ramshorn Executive Center
2399 Highway 34, Bldg D-3
Manasquan, NJ 08736

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George Gottlieb, Esq.
Gottlieb, Rackman & Reisman, P.C.
270 Madison Avenue, 8th Floor
New York, NY 10016

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          JAN 2 5 2008

CLERK               [signature]          DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2/1/08 |
| NAME OF SERVER (PRINT) John Perez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2399 Highway 34, Manasquan, NJ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Darren Vickery, employee of Johnson Architecture, Inc. as per telephonic instructions from Darrell Johnson, President.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/08
          Date

Signature of Server  JOHN PEREZ

7 Woodisde Road, Springfield, NJ 07081
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.