GALBRAITH AND PAUL, INC.

            Plaintiff

VS.

RUBY TUESDAY, INC., ET AL.

            Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCKET NO.: 07 CV 10512

**Person to be served** (Name & Address):
Jovin, Inc.
106 Delsea Drive
Sewell, NJ 08080
**Attorney:** File#:

GOTTLIEB, RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601   Ph: 212.684.3900

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Summons, Complaint, Individual Rules and Procedures of the Honorable P. Kevin Castel, Individual Practices of Magistrate Judge

**Service Data:**
Served Successfully XXXX     Not Served _____

Date: 02/06/2008     Time: 1:18 P.M.

_____ Delivered a copy to him / her personally

_____ Left a copy at his/her dwelling place or usual place of abode by delivering same to a competent household member over 14 years of age residing therein
(Indicate name & relationship at right)

XXXX Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:
Vincent Conte, Managing Agent
Pursuant to Rule 4:4-4(a)(6).

Actual place of service:
106 Delsea Drive
Sewell, NJ 08080

**Description of Person Accepting Service:**

Sex: MALE    Age: 55    Height: 6'3"    Weight: 195    Skin Color: WHITE    Hair Color: salt/peppe

**Unserved:**

_____ Defendant is unknown at the address furnished by the attorney
_____ All reasonable inquiries suggest defendant moved to an undetermined address
_____ No such street in municipality
_____ No response on: _____ Date _____ Time     _____ Date _____ Time
                                    _____ Date _____ Time

_____ Other: _____     Comments or Remarks _____

**Server Data:**

Subscribed and Sworn to me this
___ day of February 2008

_Donna Marie Carlucci_
Name of Notary / commission expiration

DONNA MARIE CARLUCCI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES
FEBRUARY 10, 2010

I, EDWARD R. DAVIS, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Edward R. Davis_ Date

EDWARD R. DAVIS
N.J. LEGAL PROCESS SERVICE
7 Woodside Road, Springfield, NJ 07081
908.810.8030