UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                          :

GALBRAITH & PAUL, INC.,                   :    Civil Action No.: 07-10512 (PKC)(ECF)

              Plaintiff,                         :

              v.                                :    **STIPULATION EXTENDING**
                                           :    **DEFENDANT CALLOWAY'S**
RUBY TUESDAY, INC., JOHNSON         :    **TIME TO RESPOND TO**
ARCHITECTURE, INC., CALLOWAY'S, INC.,  :    **AMENDED COMPLAINT**
and JOVIN, INC.,

             Defendants.
------------------------------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys on behalf of their respective clients, that the time for defendant Calloway's Lamps, Shades, Furniture & Repairs i/s/a Calloway's, Inc., to answer, move or otherwise respond to the Amended Complaint in the above-captioned action shall be extended from February 21, 2008 up to and including March 7, 2008.

ENTWISTLE & CAPPUCCI LLP                  GOTTLIEB RACKMAN & REISMAN, P.C.
Attorneys for Defendant Calloway's Lamps,    Attorneys for Plaintiff
Shades, Furniture & Repairs

By: _____              By: _____
      WILLIAM S. GYVES                                GEORGE GOTTLIEB

280 Park Avenue, 26th Floor West               270 Madison Avenue
New York, New York 10017                        New York, New York 10016
(212) 894-7200                                         (212) 684-3900

Dated: New York, New York                      Dated: New York, New York
        February 20, 2008                              February   , 2008

SO ORDERED: _____

HONORABLE P. KEVIN CASTEL, U.S.D.J.

2-21-08