UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
GALBRAITH & PAUL, INC.,                Civil Action No.
                                       10512-07 (PKC)
                Plaintiff,

        -against-                      **STIPULATION**

RUBY TUESDAY, INC., JOHNSON
ARCHITECTURE, INC., CALLOWAY'S,
INC., and JOVIN, INC.,

                Defendants.
----------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time of defendant Johnson Architecture to move or answer the Complaint is extended to and including March 6, 2008.

DATED: February 21, 2008
       New York, New York

| Gottlieb, Rackman & Reisman, P.C. Attorneys for Plaintiff | Gogick, Byrne & O'Neill, LLP Attorneys for Defendant Johnson Architecture, Inc. |
|---|---|
| By: _____ George Gottlieb, Esq. 270 Madison Avenue 8th Floor New York, NY 10016 Tel: 212-684-3900 Fax: 212-684-3999 | By: _____ Michael J. Byrne 11 Broadway Suite 1560 New York, NY 10004 Tel: 212-422-9424 Fax: 212-422-9429 |

SO ORDERED:

_____
U.S.D.J.

2-22-08

P:\650\900s\650-961\Legal\Stipulation 2-21-08.doc