USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

GALBRAITH & PAUL, INC.,           :

            Plaintiff,    :
                               07 Civ. 10512 (PKC)
    v.                            :
                               ECF Case
RUBY TUESDAY, INC., JOHNSON       :
ARCHITECTURE, INC., CALLOWAY'S,
INC. and JOVIN, INC.,             :

            Defendants.   :

- - - - - - - - - - - - - - - - - -x

### STIPULATION AND ORDER

    IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for plaintiff Galbraith & Paul, Inc. and defendant Jovin, Inc. that the time within which defendant Jovin, Inc. may move, answer or otherwise respond to the amended complaint be, and hereby is, extended to and including March 7, 2008.

Dated:  New York, New York
        February 25, 2008

                          GOTTLIEB, RACKMAN & REISMAN, P.C.
                          Attorneys for Plaintiff
                          270 Madison Avenue, 8th Floor
                          New York, New York 10016-0601
                          (212) 684-3900

                          By: _____
                          George Gottlieb (GG 5761)
                          ggottlieb@grr.com
                          Marc P. Misthal (MM 6636)
                          mmisthal@grr.com

DUNNEGAN LLC

By William Dunnegan
William Dunnegan (WD9316)
Attorneys for Defendant
  Jovin, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

SO ORDERED:

_____
U.S.D.J.

2-25-08