```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

GALBRAITH & PAUL, INC.,                :

     Plaintiff,    :
              07 Civ. 10512 (PKC)
  v.                           :
              ECF Case
RUBY TUESDAY, INC., JOHNSON            :
ARCHITECTURE, INC., CALLOWAY'S,
INC. and JOVIN, INC.,                  :

     Defendants.   :

- - - - - - - - - - - - - - - - -x

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for plaintiff Galbraith & Paul, Inc. and defendant Jovin, Inc. that the time within which defendant Jovin, Inc. may move, answer or otherwise respond to the amended complaint be, and hereby is, extended to and including March 17, 2008.

Dated: New York, New York
   March 4, 2008

           GOTTLIEB, RACKMAN & REISMAN, P.C.
           Attorneys for Plaintiff
           270 Madison Avenue, 8th Floor
           New York, New York 10016-0601
           (212) 684-3900

           By: _____
             George Gottlieb (GG 5761)
             ggottlieb@grr.com
             Marc P. Misthal (MM 6636)
             mmisthal@grr.com

DUNNEGAN LLC

By _William Dunnegan_
William Dunnegan (WD9306)
Attorneys for Defendant
  Jovin, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

SO ORDERED:

_____
U.S.D.J.

3-4-08