```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
GALBRAITH & PAUL, INC.,                                      :   Civil Action No.: 07-10512 (PKC)(ECF)
                                                             :
            Plaintiff,                                       :
                                                             :
        v.                                                   :   **STIPULATION EXTENDING**
                                                             :   **DEFENDANT CALLOWAY'S**
RUBY TUESDAY, INC., JOHNSON                                  :   **TIME TO RESPOND TO**
ARCHITECTURE, INC., CALLOWAY'S, INC.,                        :   **AMENDED COMPLAINT**
and JOVIN, INC.,                                             :
                                                             :
            Defendants.                                      :
------------------------------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys on behalf of their respective clients, that the time for defendant Calloway's Lamps, Shades, Furniture & Repairs i/s/a Calloway's, Inc., to answer, move or otherwise respond to the Amended Complaint in the above-captioned action shall be extended from March 7, 2008 up to and including March 17, 2008.

| | |
|---|---|
| ENTWISTLE & CAPPUCCI LLP<br>Attorneys for Defendant Calloway's Lamps,<br>Shades, Furniture & Repairs<br><br>By: _____<br>    WILLIAM S. GYVES<br><br>280 Park Avenue, 26th Floor West<br>New York, New York 10017<br>(212) 894-7200<br><br>Dated: New York, New York<br>       March   , 2008 | GOTTLIEB RACKMAN & REISMAN, P.C.<br>Attorneys for Plaintiff<br><br>By: _____<br>    GEORGE GOTTLIEB<br><br>270 Madison Avenue<br>New York, New York 10016<br>(212) 684-3900<br><br>Dated: New York, New York<br>       March 4, 2008 |

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL, U.S.D.J.

3-5-08