GOGICK, BYRNE &
O'NEILL, LLP
Attorneys for
Defendant
Johnson Architecture, Inc.
11 Broadway, Suite 1560
New York, NY 10004
(212) 422-9424

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
NEW YORK
-------------------------------------------

GALBRAITH & PAUL, INC.,

      Plaintiff,

  v.

RUBY TUESDAY, INC., JOHNSON
ARCHITECTURE, INC.,
CALLOWAY'S INC. and JOVIN,
INC.,

      Defendants.
-------------------------------------------

07 civ. 10512 (PKC) (AJP)

STIPULATION AND
ORDER

    IT IS HEREBY STIPULATED by and between the undersigned counsel for plaintiff Galbraith & Paul, Inc. and defendant Johnson Architecture, Inc. and that the deadline for Johnson Architecture, Inc. to answer or move with respect to the Amended Complaint shall be extended from March 5, 2008 up to and including March 17, 2008.

Dated:   March 5, 2008

                            Respectfully submitted,

                            GOGICK, BYRNE & O'NEILL

                            Attorney for Defendant
                            Johnson Architecture, Inc.

                            By: _____

                            Michael J. Byrne (1377)
                            11 Broadway, Suite 1560
                            New York, NY 10023
                            (212) 422-9424

GOTTLIEB, RACKMAN & REISMAN

Dated: March 10, 2008

Attorneys for Plaintiff
Galbraith & Paul, Inc.

By: _____
George Gottlieb [GG 5761]
Marc P. Misthal [MM 6636]
270 Madison Avenue, 8th Fl.
New York, NY 10016-0601
(212) 684-3900

IT IS SO ORDERED:

Dated: New York, N.Y.
_____, 2008

_____
United States District Judge