LADAS & PARRY LLP
Attorneys for Defendant
  Ruby Tuesday, Inc.
Robert Alpert [RA 7138]
Joseph J. Villapol [JV 3754]
Ralph H. Cathcart [RC 2350]
26 West 61ˢᵗ Street
New York, NY 10023
(212) 708-1860

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GALBRAITH & PAUL, INC.,                   :
                                          :
                    Plaintiff,            :
                                          :
            v.                            :            07 Civ. 10512 (PKC) (AJP)
                                          :
RUBY TUESDAY, INC., JOHNSON               :
ARCHITECTURE, INC., CALLOWAY'S            :
INC. and JOVIN, INC.,                     :            STIPULATION AND ORDER
                                          :
                    Defendants.           :
                                          :
-----------------------------------------------------------X

        IT IS HEREBY STIPULATED by and between the undersigned counsel for plaintiff

Galbraith & Paul, Inc. and defendant Ruby Tuesday, Inc. that the deadline for Ruby Tuesday,

Inc. to answer or move with respect to the Amended Complaint shall be extended from March

17, 2008 up to and including March 31, 2008.

                              Respectfully submitted,

                              LADAS & PARRY LLP
                              Attorneys for Defendant
                              Ruby Tuesday, Inc.

Dated: March 14, 2008              By: _____
                                      Robert Alpert [RA 7138]
                                      Joseph J. Villapol [JV 3754]
                                      Ralph H. Cathcart [RC 2350]
                                      26 West 61ˢᵗ Street
                                      New York, NY 10023
                                      (212) 708-1860

GOTTLIEB, RACKMAN & REISMAN

Dated: MARCH 14, 2008

Attorneys for Plaintiff
Galbraith & Paul, Inc.

By: _George Gottlieb [GG 5761]_
George Gottlieb [GG 5761]
Marc P. Misthal [MM 6636]
270 Madison Avenue, 8th Floor
New York, NY 10016-0601
(212) 684-3900

IT IS SO ORDERED:

Dated: New York, N.Y.

3-17, 2008

United States District Judge

- 2 -