USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

GALBRAITH & PAUL, INC.,          :

              Plaintiff,   :

         v.                       :

RUBY TUESDAY, INC., JOHNSON      :
ARCHITECTURE, INC., CALLOWAY'S,
INC. and JOVIN, INC.,            :

             Defendants.   :

- - - - - - - - - - - - - - - - -x

07 Civ. 10512 (PKC)

ECF Case

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for plaintiff Galbraith & Paul, Inc. and defendant Jovin, Inc. that the time within which defendant Jovin, Inc. may move, answer or otherwise respond to the amended complaint be, and hereby is, extended to and including March 31, 2008.

Dated:  New York, New York
        March 14, 2008

                         GOTTLIEB, RACKMAN & REISMAN, P.C.
                         Attorneys for Plaintiff
                         270 Madison Avenue, 8th Floor
                         New York, New York 10016-0601
                         (212) 684-3900

                         By: _____
                            George Gottlieb (GG 5761)
                            ggottlieb@grr.com
                            Marc P. Misthal (MM 6636)
                            mmisthal@grr.com

DUNNEGAN LLC

By /s/ William Dunnegan
William Dunnegan (WD9316)
Attorneys for Defendant
  Jovin, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

SO ORDERED:

_____
U.S.D.J.

3-17-08

2