USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

GALBRAITH & PAUL, INC.,

           Plaintiff,

v.

RUBY TUESDAY, INC., JOHNSON
ARCHITECTURE, INC., CALLOWAY'S, INC.,
and JOVIN, INC.,

           Defendants.
------------------------------------------------------------ X

Civil Action No.: 07-10512 (PKC)(ECF)

**STIPULATION EXTENDING DEFENDANT CALLOWAY'S TIME TO RESPOND TO AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys on behalf of their respective clients, that the time for defendant Calloway's Lamps, Shades, Furniture & Repairs i/s/a Calloway's, Inc., to answer, move or otherwise respond to the Amended Complaint in the above-captioned action shall be extended from March 17, 2008 up to and including March 31, 2008.

| ENTWISTLE & CAPPUCCI LLP | GOTTLIEB RACKMAN & REISMAN, P.C. |
|---|---|
| Attorneys for Defendant Calloway's Lamps, Shades, Furniture & Repairs | Attorneys for Plaintiff |
| By: _/s/ WILLIAM S. GYVES_ | By: _/s/ GEORGE GOTTLIEB_ |
| 280 Park Avenue, 26th Floor West | 270 Madison Avenue |
| New York, New York 10017 | New York, New York 10016 |
| (212) 894-7200 | (212) 684-3900 |
| Dated: New York, New York<br>March /4 2008 | Dated: New York, New York<br>March , 2008 |

SO ORDERED:

_/s/ P. Kevin Castel_

HONORABLE P. KEVIN CASTEL, U.S.D.J.

3-17-08