GOGICK, BYRNE &
O'NEILL, LLP
Attorneys for
Defendant
Johnson Architecture, Inc.
11 Broadway, Suite 1560
New York, NY 10004
(212) 422-9424



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
NEW YORK

------------------------------------------------

GALBRAITH & PAUL, INC.,

      Plaintiff,

v.

RUBY TUESDAY, INC., JOHNSON
ARCHITECTURE, INC.,
CALLOWAY'S INC. and JOVIN,
INC.,

      Defendants.

------------------------------------------------

07 civ. 10512 (PKC) (AJP)

STIPULATION AND
ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel for plaintiff Galbraith & Paul, Inc. and defendant Johnson Architecture, Inc. and that the deadline for Johnson Architecture, Inc. to answer or move with respect to the Amended Complaint shall be extended from March 17, 2008 up to and including March 31, 2008.

Dated: March 20, 2008

          Respectfully submitted,

          GOGICK, BYRNE & O'NEILL

          Attorney for Defendant
          Johnson Architecture, Inc.

          By: _____

          Michael J. Byrne (1377)
          11 Broadway, Suite 1560
          New York, NY 10023
          (212) 422-9424

AR.20.2008 13:33 12124229429            GOICK BYRNE                    #4683 P.004 /004

GOTTLIEB, RACKMAN & REISMAN

Dated: 3/20/2008

                              Attorneys for Plaintiff
                              Galbraith & Paul, Inc.

                              By: _____
                              George Gottlieb [GG 5761]
                              Marc P. Misthal [MM 6636]
                              270 Madison Avenue, 8th Fl.
                              New York, NY 10016-0601
                              (212) 684-3900

IT IS SO ORDERED:

Dated: New York, N.Y.
3-25-08, 2008

_____
United States District Judge