LADAS & PARRY LLP
Attorneys for Defendant
 Ruby Tuesday, Inc.
Robert Alpert [RA 7138]
Joseph J. Villapol [JV 3754]
Ralph H. Cathcart [RC 2350]
26 West 61st Street
New York, NY 10023
(212) 708-1860

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

GALBRAITH & PAUL, INC.,

   Plaintiff,

v.        07 Civ. 10512 (PKC) (AJP)

RUBY TUESDAY, INC., JOHNSON
ARCHITECTURE, INC., CALLOWAY'S
INC. and JOVIN, INC.,        [PROPOSED] ORDER *PKC*

   Defendants.

-------------------------------------------------X     *(all defendants)*

*PKC*  IT IS HEREBY ORDERED that the deadline for ~~Ruby Tuesday~~, Inc. to answer or move

with respect to the Amended Complaint shall be extended from March 31, 2008 up to and

*PKC*  including April ~~2~~ 7, 2008. *No further extensions except for good cause*

Dated: New York, N.Y.
  April 1, 2008

           _____
           United States District Judge