LADAS & PARRY LLP
Attorneys for Defendant
  Ruby Tuesday, Inc.
Robert Alpert [RA 7138]
Joseph J. Villapol [JV 3754]
Ralph H. Cathcart [RC 2350]
26 West 61st Street
New York, NY 10023
(212) 708-1860

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GALBRAITH & PAUL, INC.,

        Plaintiff,

    v.                                                                    07 Civ. 10512 (PKC) (AJP)

RUBY TUESDAY, INC., JOHNSON
ARCHITECTURE, INC., CALLOWAY'S
INC. and JOVIN, INC.,                                       [PROPOSED] ORDER

        Defendants.

-------------------------------------------------------X

    IT IS HEREBY ORDERED that the deadline for all defendants to answer or move with

respect to the Amended Complaint shall be extended from April 14, 2008 up to and including

April 21, 2008. [No further extension except for good cause.]

Dated: New York, N.Y.
      4-15_____, 2008

                                                                              United States District Judge