LADAS & PARRY LLP
Attorneys for Defendant
Ruby Tuesday, Inc.
Robert Alpert [RA 7138]
Joseph J. Villapol [JV 3754]
Ralph H. Cathcart [RC 2350]
26 West 61st Street
New York, NY 10023
(212) 708-1860

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GALBRAITH & PAUL, INC.,

Plaintiff,

v.

RUBY TUESDAY, INC., JOHNSON ARCHITECTURE, INC., CALLOWAY'S INC. and JOVIN, INC.,

Defendants.

07 Civ. 10512 (PKC) (AJP)

~~[PROPOSED]~~ ORDER PKC

IT IS HEREBY ORDERED that the deadline for all defendants to answer or move with respect to the Amended Complaint shall be extended from April 21, 2008 up to and including May 5, 2008. [No further extension except for good cause.] PKC

Dated: New York, N.Y.
4-22-08, 2008

United States District Judge