```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

GALBRAITH & PAUL, INC.,

        Plaintiff,

    v.

RUBY TUESDAY, INC., JOHNSON
ARCHITECTURE, INC., CALLOWAY'S
INC. and JOVIN, INC.,

        Defendants.
---------------------------------------------------------X

07 Civ. 10512 (PKC) (AJP)

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the between the parties, through counsel, pursuant to Fed. R. Civ. P. 41(a), that all of the claims in the above-referenced action shall be, and hereby are, dismissed with prejudice, pursuant to the terms of a settlement agreement entered into by the parties. Each party shall bear its own costs and attorneys fees.

GOTTLIEB, RACKMAN & REISMAN, P.C.

Attorneys for Plaintiff
Galbraith & Paul, Inc.

Dated: MAY 2, 2008

By: _____
George Gottlieb, Esq. [GG 5761]
Marc P. Misthal, Esq. [MM 6636]
270 Madison Avenue, 8th Floor
New York, NY 10016
(212) 684-3900

5-5-08