USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

GALBRAITH & PAUL, INC.,

        Plaintiff,

v.

RUBY TUESDAY, INC., JOHNSON
ARCHITECTURE, INC., CALLOWAY'S
INC. and JOVIN, INC.,

        Defendants.

------------------------------------------------X

07 Civ. 10512 (PKC) (AJP)

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the between the parties, through counsel, pursuant to Fed. R. Civ. P. 41(a), that all of the claims in the above-referenced action shall be, and hereby are, dismissed with prejudice, pursuant to the terms of a settlement agreement entered into by the parties. Each party shall bear its own costs and attorneys fees.

Dated: May 6 2008

GOTTLIEB, RACKMAN & REISMAN, P.C.

Attorneys for Plaintiff
Galbraith & Paul, Inc.

By: _____
George Gottlieb, Esq. [GG 5761]
Maro P. Misthal, Esq. [MM 6636]
270 Madison Avenue, 8th Floor
New York, NY 10016
(212) 684-3900

Dated: May 7 2008

LADAS & PARRY LLP

Attorneys for Defendant
Ruby Tuesday, Inc.

By: _____
Robert Alpert [RA 7138]
Joseph J. Villapol [JV 3754]
Ralph H. Cathcart [RC 2350]
26 West 61st Street
New York, NY 10023
(212) 708-1860

Dated: May 9 2008

GOGICK, BYRNE & O'NEILL, LLP

Attorneys for Defendant
Johnson Architecture, Inc.

By: _____
Michael J. Byrne, Esq. [MB 1377]
11 Broadway, Suite 1560
New York, NY 10004-1314
212-422-9424

Dated: _____ 2008

ENTWISTLE & CAPUCCI LLP

Attorneys for Defendant
Paul Ledbetter d/b/a Calloway's Lamps,
Shades, Furniture & Repairs i/s/a
Calloway's Inc.

By: _____
William S. Gyves, Esq. [WG 2770]
280 Park Avenue, 26th Floor West
New York, NY 10017
(212) 894-7200

-2-

|   |   |
|---|---|
|   | LADAS & PARRY LLP<br>Attorneys for Defendant<br>Ruby Tuesday, Inc. |
| Dated: May 7, 2008 | By: _____<br>Robert Alpert [RA 7138]<br>Joseph J. Villapol [JV 3754]<br>Ralph H. Cathcart [RC 2350]<br>26 West 61st Street<br>New York, NY 10023<br>(212) 708-1860 |
|   | GOGICK, BYRNE & O'NEILL, LLP<br>Attorneys for Defendant<br>Johnson Architecture, Inc. |
| Dated: _____ 2008 | By: _____<br>Michael J. Byrne, Esq. [MB 1377]<br>11 Broadway, Suite 1560<br>New York, NY 10004-1314<br>212-422-9424 |
|   | ENTWISTLE & CAPUCCI LLP<br>Attorneys for Defendant<br>Paul Ledbetter d/b/a Calloway's Lamps,<br>Shades, Furniture & Repairs i/s/a<br>Calloway's Inc. |
| Dated: May 8, 2008 | By: _____<br>William S. Gyves, Esq. [WG 2770]<br>280 Park Avenue, 26th Floor West<br>New York, NY 10017<br>(212) 894-7200 |

-2-

DUNNEGAN LLC

Attorneys for Defendant
Jovin, Inc.

Dated: May 7, 2008

By: _____William Dunnegan_____
William Dunnegan, Esq. [WD 9316]
350 Fifth Avenue
New York, NY 10118
(212) 332-8300

SO ORDERED:

_____
U.S.D.J.

5-20-08

-3-